**CYIOS CORPORATION,**
**Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2015-5152**

United States Court of Appeals,
Federal Circuit.

February 8, 2017

JOSHUA B. DUVALL, Matross Edwards, LLC, Washington, DC, argued for plaintiff-appellant.

DELISA SANCHEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM; MELLANY ALIO, Office of the Chief Counsel, Unit-

ed States Army Materiel Command Legal Center, Aberdeen Proving Ground, MD; EVAN WILLIAMS, Contract and Fiscal Law Division, United States Army Legal Services Agency, Fort Belvoir, VA.

(Dyk, Clevenger, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**